**Opinion issued April 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00281-CV

————————————

## IN RE OBAID UDDIN, NAGHMANA UDDIN, AND OHK GLOBAL, INC, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Obaid Uddin, Naghmana Uddin, and OHK Global, Inc. have filed a petition for writ of mandamus challenging the trial court's three orders signed on April 3, 2023, compelling relators to produce post-judgment discovery.[1] Relators also filed a motion for emergency relief.

---

[1] The underlying case is *SCF RC Funding IV, LLC v. OHK Global, Inc., Obaid Uddin, and Naghmana Uddin a/k/a Naghmana R. Uddin*, cause number 2021-11957,

Because we conclude that relators have not established their entitlement to mandamus relief, we deny the petition.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

pending in the 333rd District Court of Harris County, Texas, the Honorable Brittanye Morris presiding.